BEFORE THE FIRST DIVISION, JANUARY 24, 1941

**No. 45268.**—Protest 783306–G of Wm. J. Hauser (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.